# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143448

MIDWEST MEMORIAL GROUP, LLC, et al,
        Plaintiffs-Appellees,

v

MARK SINGER, KIMBERLY SINGER,
and MKS FAMILY, LLC,
        Defendants-Appellants,

and

CITIGROUP GLOBAL MARKETS, INC.,
d/b/a SMITH BARNEY, CLAYTON SMART,
COMMUNITY TRUST AND INVESTMENT,
INTERNATIONAL FUND SERVICES
IRELAND LIMITED, PLANTE & MORAN
PLLC, PETER JENSEN, and CURRIE
KENDALL PLLC,
        Defendants.

SC: 143448
COA: 301861
Ingham CC: 10-000025-CR

_____/

On order of the Court, the application for leave to appeal the May 11, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

Clerk

d1017